BROWN, DOING BUSINESS AS TIA WANNA, ET AL. *v.*
CHENEY, COMMISSIONER OF REVENUES
OF ARKANSAS.

No. 829.   Decided May 21, 1962.

*D. D. Panich* for appellants.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon
the appeal was taken as a petition for writ of certiorari,
certiorari is denied.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.